UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:                                      )
                                            )
CASE REASSIGNMENTS                          )

Pursuant to 28 U.S.C. § 137, the following civil actions are hereby **REASSIGNED** to the Honorable Curtis L. Collier, United States District Judge

| | |
|---|---|
| 3:03-cv-488 | Storey v. Knox County, Tennessee, *et al.* |
| 3:03-cv-593 | Smith, *et al.* v. Jefferson County Board of School Comm'rs, *et al.* |
| 3:04-cv-275 | Kucera, *et al.* v. Jefferson County Board of School Comm'rs, *et al.* |
| 3:09-cv-344 | English, *et al.* v. City of Knoxville |
| 3:10-cv-141 | Hennemann v. Maryville Collection Service, Inc., *et al.* |
| 3:10-cv-372 | Murr v. Tarpon Financial Corporation, *et al.* |
| 3:10-cv-455 | Hunley v. Glencore Ltd., Inc., *et al.* |
| 3:11-cv-70 | English v. Sethfield, L.P. |
| 3:11-cv-354 | Shaikh v. Lincoln Memorial University |
| 3:11-cv-405 | McGlone v. Cheek, *et al.* |
| 3:12-cv-131 | Beaudreau v. Knox County, *et al.* |
| 3:12-cv-553 | Voyles v. Lowe's Home Centers, Inc. |
| 3:13-cv-92 | Apollo Intellectual Properties, LLC v. Monster Cable Products, Inc. |

Additionally, the following civil actions are hereby **REASSIGNED** to the Honorable Harry S. Mattice, Jr., United States District Judge.

| | |
|---|---|
| 3:86-cv-299 | Carver v. Knox County, Tennessee |
| 3:07-cv-372 | Thomas v. Lowe's Home Centers, Inc. |
| 3:08-cv-516 | Watson v. Westgate Resorts, Inc., *et al.* |
| 3:09-cv-119 | IBEW Pacific Coast Pension Fund v. Lee, *et al.* |
| 3:09-cv-599 | McGrath, *et al.* v. The University of Tennessee |
| 3:10-cv-271 | Waters, *et al.* v. Cowboy's On The Water, Inc. |
| 3:10-cv-374 | The Peoples Bank v. Old Republic National Title Insurance Co. |
| 3:10-cv-497 | Chennault v. Sutton |
| 3:11-cv-297 | The Peoples Bank v. Lacy, *et al.* |
| 3:11-cv-417 | Nichols v. Knox County, Tennessee, *et al.* |
| 3:12-cv-532 | Acton, *et al.* v. Regions Bank |
| 3:12-cv-605 | Thomas v. Lowe's Home Centers, Inc. |
| 3:13-cv-280 | Day, *et al.* v. The Peoples Bank, *et al.* |

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE